

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 556-9800

August 2, 2006

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 0 4 2006
DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 04-15965 DAE/KSC | Beatty v. Warner | CV-03-00338- |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
INTERNAL USE ONLY: Proceedings include all events.
04-15965 Beatty v. Warner, et al
```

| | |
|---|---|
| MARK STANTON BEATTY<br>    Plaintiff - Appellant | Mark Stanton Beatty<br>808-247-1685<br>[LD NTC prs]<br>46-318 Haiku Road #81<br>Kaneohe, HI 96744 |
| v. | |
| MARK WARNER, in his official capacity as Governor for the State of Virginia<br>    Defendant - Appellee | Margery S Bronster<br>808/524-5644<br>[COR LD NTC ret]<br>BRONSTER, CRABTREE & HOSHIBATA<br>2300 Pauahi Tower<br>1001 Bishop Street<br>Honolulu, HI 96813<br><br>Peter R. Messitt<br>804-786-2071<br>[COR LD NTC]<br>ATTORNEY GENERAL STATE OF VIRGINIA<br>900 E Main St.<br>Richmond, VA 23219 |
| MICHAEL F. EASLEY, in his official capacity as Governor for the State of North Carolina<br>    Defendant - Appellee | Margery S Bronster<br>(See above)<br>[COR LD NTC ret]<br><br>Emery E. Milliken<br>919-716-6840<br>[COR LD NTC dag]<br>ATTORNEY GENERAL STATE OF N.C.<br>N.C. Dept of Justice<br>PO Box 629<br>Raleigh, NC 27602-0629 |
| BETTY LOU BEATTY<br>    Defendant - Appellee | Samuel P. King, Jr., Esq.<br>FAX 808/533-4745<br>808/521-6937<br>Suite 304<br>[COR LD NTC ret]<br>735 Bishop Street<br>Honolulu, HI 96813<br><br>Thomas D. Farrell, Esq.<br>808-524-4854<br>Suite 1400<br>[COR LD NTC ret]<br>COATES & FREY<br>Pioneer Plaza<br>900 Fort St.<br>Honolulu, HI 96813 |

```
INTERNAL USE ONLY: Proceedings include all events.
04-15965 Beatty v. Warner, et al

BETTY RUFFLEY                        James E.T. Koshiba, Esq.
     Defendant - Appellee            808/523-3900
                                     [COR ret]
                                     Charles A. Price
                                     808-523-3900
                                     [COR LD NTC ret]
                                     KOSHIBA & YOUNG
                                     1001 Bishop Street
                                     2600 Pauahi Tower
                                     Honolulu, HI 96813

                                     Andrew D. Stewart, Esq.
                                     FAX 808/526-9829
                                     808/523-3900
                                     [COR LD NTC ret]
                                     KOSHIBA, AGENA & KUBOTA
                                     1001 Bishop Street
                                     Honolulu, HI 96813

JOHN RUFFLEY                         James E.T. Koshiba, Esq.
     Defendant - Appellee            (See above)
                                     [COR ret]
                                     Charles A. Price
                                     (See above)
                                     [COR LD NTC ret]

                                     Andrew D. Stewart, Esq.
                                     (See above)
                                     [COR LD NTC ret]

NATHANAEL JAMES BEATTY               Samuel P. King, Jr., Esq.
     Defendant - Appellee            (See above)
                                     [COR LD NTC ret]

                                     Thomas D. Farrell, Esq.
                                     (See above)
                                     [COR LD NTC ret]
```