# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: October 12, 2004

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103    ( ) Judge

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 27 2006
DISTRICT OF HAWAII

3 files - lg

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CV 03-338-DAE/KSC     Appeal No:    04-15965

Short Title:    Beatty vs. Warner

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet

Acknowledgment:   S. DAVIS      Date: 

FILED
OCT 13 2004
CATHY A. CATTERSON
U.S. COURT OF APPEALS CLERK

cc: all counsel



CV 03-338




# RECORD FORM

**PLEASE NOTE:** UNLESS YOU CORRECT THE DESCRIPTION BELOW YOU ARE RESPONSIBLE FOR THE CONTENTS OF THE RECORD AS LISTED

**WHETHER OR NOT YOU SIGN THIS FORM**
CONTACT THE RECORDS DEPARTMENT IMMEDIATELY OF ANY DISCREPANCIES

Case Number: 04-15965, Beatty v. Warner

Assigned To: judge hall, April 28, 2006

## RECORDS RECEIVED IN STAFF ATTORNEY'S OFFICE

| | | | | | | |
|---|---|---|---|---|---|---|
| **Clerk's Record in:** | 3 | Volumes | | 0 | Certified Copy(s) | |
| **Reporter's Transcripts in:** | 0 | Volumes | | 0 | Certified Copy(s) | |
| **Exhibits in:** | 0 | Envelopes | | 0 | Under Seal | |
| | 0 | Boxes | | 0 | Under Seal | |
| | 0 | Volumes | Volume 0 | of Record | 0 Under Seal | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| | 0 | Other | | | | |
| **Bulky Documents:** | 0 | Envelopes | 0 Expandos | 0 Folders | 0 Boxes | |
| | 0 | Other | | | | |
| **Other:** | | | | | | |

Signature: _____

## RECORDS RETURNED BY STAFF ATTORNEY TO RECORDS UNIT

Date Returned: _____
Returned By: _____

| | | | | |
|---|---|---|---|---|
| **Clerk's Record in:** | | Volumes | | Certified Copy(s) |
| **Reporter's Transcripts in:** | | Volumes | | Certified Copy(s) |
| **Exhibits in:** | | Envelopes | | Under Seal |
| | | Boxes | | Under Seal |
| | | Volumes | Volume of Record | Under Seal |
| **State Lodged Docs in:** | | Envelopes | Expandos Folders | Boxes |
| | | Other | | |
| **Bulky Documents:** | | Envelopes | Expandos Folders | Boxes |
| | | Other | | |
| **Other:** | | | | |

Signature: _____